CERTAIN LANDS UPON WHICH TOWN OF LAKE PLACID TAXES ARE DELINQUENT, ALBERT C. WHITMORE, M. HALLE WHITMORE, DAVID A. WHITMORE and FAYE W. PARKINSON, v. TOWN OF LAKE PLACID

31 So. (2nd) 252
June 24, 1947

June Term, 1947
Division B

*Patricia Whitmore,* for petitioners.

*Kinsey & Livingston* and *Treadwell & Treadwell,* for respondent.

PER CURIAM:

Petition for certiorari denied on authority of West et al. v. Town of Lake Placid, 97 Fla. 127, 120 So. 361 and State v. Town of Lake Placid, 140 Fla. 327, 191 So. 540.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.